# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DAVID A. REED,

    Plaintiff, : Case No. 2:20-cv-355

   -vs-                                      Judge Sarah D. Morrison
                                             Magistrate Judge Kimberly A. Jolson

COMMISSIONER OF SOCIAL
SECURITY,

                                             :

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 21, 2020. (ECF No. 11.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation. The Clerk is **DIRECTED** to terminate this case from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                                           /s/ Sarah D. Morrison
                                                                           SARAH D. MORRISON
                                                                           UNITED STATES DISTRICT JUDGE