# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAVID R.,**

    **Plaintiff,**          :

v.                                 Case No. 2:20-cv-355
                                       Judge Sarah D. Morrison
                                       Magistrate Judge Kimberly A. Jolson

**COMMISSIONER OF SOCIAL SECURITY,**          :

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees and unopposed Amended Motion for Attorney Fees. (ECF Nos. 18, 22.) The Amended Motion seeks a lower fee award than the original. Defendant responded to the Amended Motion and indicated that it does not oppose it. Plaintiff's Amended Motion (ECF No. 22) is **GRANTED**. The original Motion (ECF No. 18) is **DENIED as moot**.

Given the contract between Plaintiff and his attorney, and the absence of any reasons why the award from the overall past-due benefits as outlined in Plaintiff's Motion and Amended Motion would be unjust, the Court hereby **AUTHORIZES** a fee award of $10,213.00 pursuant to 42 U.S.C. § 406(b) of the Social Security Act. The Court **APPROVES** this fee. Upon payment of this fee, Counsel is **ORDERED** to refund the Equal Access to Justice Act fee amount of $3,600.00 to Plaintiff.

    **IT IS SO ORDERED.**

                                                 /s/ Sarah D. Morrison
                                                 **SARAH D. MORRISON**
                                                 **UNITED STATES DISTRICT JUDGE**